AO 442 (12/85) Warrant for Arrest

Fid: 1182 1181

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

USMS: 90450-511

UNITED STATES OF AMERICA,

vs.

ROBERT DAVIS FORNEY

**WARRANT FOR ARREST**

CASE NO. 1:25-CR-273-SDG-JKL

**SEALED**

To:  The United States Marshal
     and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest and bring before a United States Magistrate Judge without unnecessary delay *ROBERT DAVIS FORNEY*, who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

Charging him or her with (brief description of offense): Interstate communications

in violation of Title 18, United States Code, Section(s) 875(c)

KEVIN P. WIEMER
Name of Issuing Officer

*[signature]*
Signature of Issuing Officer

Clerk, U.S. District Court
Title of Issuing Officer

June 12, 2025 at Atlanta, Georgia
Date and Location

Bail Fixed at $_____

By:_____
Name of Judicial Officer

**RETURN**

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

JUL 03 2025

KEVIN R. WEIMER, Clerk
By: *[signature]* Deputy Clerk

This warrant was received and executed with the arrest of the above-named defendant at:

Date Received: 06-12-2025

Date of Arrest: 06-16-2025

SA Josh Floyd
Name and Title of Arresting Officer

_____
Signature of Arresting Officer

AO 442 (12/85) Warrant for Arrest

Fid: 11821181

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA,

vs.

ROBERT DAVIS FORNEY

**WARRANT FOR ARREST**

CASE NO. 1:25-CR-273

**SEALED**

To: The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest and bring before a United States Magistrate Judge without unnecessary delay *ROBERT DAVIS FORNEY*, who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Information   ☐ Complaint   ☐ Order of Court   ☐ Violation Notice   ☐ Probation Violation Petition

Charging him or her with (brief description of offense): Interstate communications

in violation of Title 18, United States Code, Section(s) 875(c)

KEVIN P. WIEMER
Name of Issuing Officer

*[signature]*
Signature of Issuing Officer

Clerk, U.S. District Court
Title of Issuing Officer

June 12, 2025 at Atlanta, Georgia
Date and Location

Bail Fixed at $ _____

By: _____
Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at:

Date Received: _____

Date of Arrest: 6/16/25

Just Floy
Name and Title of Arresting Officer

*[signature]*
Signature of Arresting Officer